# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| JACQUES ROBERT JACKSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:11-cv-00316-MR and 1:06-cr-00252-MR-2 (2255) |
| | ) | |
| vs. | ) | |
| | ) | |
| USA, | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 29, 2013 Order.

May 29, 2013

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court